DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
YAN EBYAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-276-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: January 17, 2012 |
| | ) | Time: 9:30 a.m. |
| YAN EBYAM, et al. | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through, SAMUEL WONG, Assistant U.S. Attorney, defendant, YAN EBYAM by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DINA SANTOS, attorney for ALBERTO VELEZ, GILBERT ROQUE, attorney for JOEL SANTIAGO-OJEDA, and CLYDE BLACKMAN, attorney for JONATHAN AUSTIN that the status conference set for Tuesday, November 15, 2011, be continued to Tuesday, January 17, 2012, at 9:30 a.m.

This case involves approximately 2,000 pages of initial discovery, two search warrants, and four defendants. Additionally, defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-275 JAM and 2:11-CR-276 JAM, which make preparation for his defense even more difficult and time consuming.

1  The reason for this continuance is to allow defense counsel additional
2  time to review discovery with the defendants, to examine possible
3  defenses, and to continue investigating the facts of the case.
4         The parties agree that the requested continuance is necessary to
5  provide defense counsel reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  The
7  parties agree that the Court should find the ends of justice to be served
8  by a continuance outweigh the best interests of the public and the
9  defendants in a speedy trial, and they ask the Court to exclude time
10 within which the trial of this matter must be commenced under the Speedy
11 Trial Act from the date of this stipulation, November 14, 2011, through
12 and including, January 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
13 (B)(iv) and Local Code T4, pertaining to reasonable time for defense
14 preparation.
15 Dated: November 14, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for YAN EBYAM


*/s/ Matthew M. Scoble for*
DINA SANTOS
Attorney for ALBERTO VELEZ


*/s/ Matthew M. Scoble for*
GILBERT ROQUE
Attorney for Joel Santiago-Ojeda


*/s/ Matthew M. Scoble for*
CLYDE BLACKMON
Attorney for JONATHAN AUSTIN

2

Dated: November 14, 2011       BENJAMIN B. WAGNER
                               United States Attorney

                          By:  */s/ Matthew M. Scoble for*
                               SAMUEL WONG
                               Assistant U.S. Attorney

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for November 15, 2011, be continued to **January 17, 2012, at 9:30 a.m.** The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, November 14, 2011, up to and including, the January 17, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: November 14, 2011

                               /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               United States District Judge

3