DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
ALBERTO VELEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ALBERTO VELEZ<br>    Defendant. | No. CRS 11-276 JAM<br><br>STIPULATION AND ORDER TO CONTINUE J&S<br><br>Date:  October 16, 2012<br>Time:  9:45 a.m.<br>Judge: Honorable Judge Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Alberto Velez, that the judgement and sentencing scheduled for September 25, 2012, be vacated and the matter be continued to this Court's criminal calendar October 16, 2012, at 9:45 a.m, for judgement and sentencing. The Government is following up on information that will affect the ultimate sentence recommendation.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 16, 2012, date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Sept. 14, 2012  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
ALBERTO VELEZ

Dated: Sept. 14, 2012  /S/ Jason Hitt
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: 9/14/2012  /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

Stipulation and Order                2